# MEMORANDUM DECISIONS

ABRAMOWITZ et al., Appellants, v. DON-NELLEY, Respondent (two cases). (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Isaac Abramowitz and another against Charles S. Donnelley, individually, etc. No opinion. Order affirmed, with $10 costs and disbursements.

ADIKES et al., Appellants, v. LONG IS-LAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 28, 1915.) Action by John Adikes and Thomas Adikes against the Long Island Railroad Company.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order reversed, with $10 costs and disbursements, on authority of Merrihew v. Kingsbury, 150 App. Div. 40, 134 N. Y. Supp. 452, and motion granted, upon payment of costs to date of motion, and upon the further condition that plaintiffs consent to try the cause at the June term, if defendant so elects. See, also, 151 N. Y. Supp. 1101.

AGRESTA v. FEDERAL STEAM NAVI-GATION CO. OF ENGLAND. (Supreme Court, Appellate Division, Second Department. May 12, 1915.) Action by Anna Agresta, as administratrix, etc., against the Federal Steam Navigation Company of England. No opinion. Reargument of motion ordered for Friday, May 14, 1915. See, also, 153 N. Y. Supp. 1104.

AGRESTA, Appellant, v. FEDERAL STEAM NAVIGATION CO. OF ENGLAND, Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Anna Agresta, as administratrix, against the Federal Steam Navigation Company of England.

PER CURIAM. Motion denied. See, also, 153 N. Y. Supp. 1104.

ALEXANDER et al., Appellants, v. HEN-RY, Respondent. (Supreme Court, Appellate Division, First Department. June 4, 1915.) Action by James S. Alexander and another against Elizabeth V. Henry, as executrix. W. L. Wemple, of New York City, for appellants. H. D. Wright, of Gloversville, for respondent. No opinion. Judgments affirmed, with costs. Orders filed.

ALLEN, Respondent, v. WHITNEY-STEEN CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Charles D. Allen against the Whitney-Steen Company. No opinion. Judgment and order affirmed, with costs. See, also, 152 N. Y. Supp. 1096.

ALLO, Respondent, v. BENGUIST, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Paul M. Allo against Vitall Benguist, impleaded, etc. J. C. Grier, of New York City, for appellant. L. Ogust, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 164 App. Div. 936, 149 N. Y. Supp. 1068.

ALONG-THE-HUDSON CO. v. AYRES. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by the Along-the-Hudson Company against Charles H. Ayres. No opinion. Motion granted. Settle order on notice.

ALTMAN v. BECK et al. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by Aron Altman against Gesine Beck and others.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. There is no proof that the judgment assigned to respondent is a lien upon the mortgaged premises, as there is no evidence of the estate or interest of Holmes in the premises. The indefinite allegation in the complaint is insufficient. This defect is fatal. The reversal is without prejudice to a renewal of the application upon further proof. See, also, 152 N. Y. Supp. 1096.

AMBROSIUS, Respondent, v. AMBROSIUS, Appellant. (Supreme Court, Appellate Division, Second Department. May 14, 1915.) Action by Marie Marjorie Ambrosius, an infant, etc., against Iva H. Ambrosius, as administratrix, etc. No opinion. Motion denied. See, also, 152 N. Y. Supp. 562.

AMERICAN WET WASH LAUNDRY CO., Appellant, v. COOPERMAN, Respondent. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by the American Wet Wash Laundry Company against Harry Cooperman. H. M. Marks, of New York City, for appellant. J. L. Bernstein, of New